# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK M. GONZALES,<br><br>        Petitioner,<br><br>        v.<br><br>WILLIAM L. MUNIZ, Warden,<br><br>        Respondent. | CASE NO. 5:13-CV-02319-JAK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 25, 2017

HON. JOHN A. KRONSTADT
U.S. DISTRICT JUDGE